Dismissed and Memorandum Opinion filed January 29, 2004









Dismissed and Memorandum Opinion filed January 29,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01434-CV

____________

 

RUTH G. BRADFIELD, Appellant

 

V.

 

ENGLEWOOD PLACE TOWNHOMES, Appellee

 



 

On Appeal from County Court at
Law No. 4

Harris County, Texas

Trial Court Cause No.  804,148

 



 

M E M O R A N D U M  
O P I N I O N

On January 5 , 2004, the parties
filed an agreed motion to dismiss because appellant no longer desires to
prosecute her appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 29, 2004.

Panel consists of Justices
Edelman, Frost, and Guzman.